### UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.  1:CR-01-131 |
| | ) | |
| v. | ) | (Judge Rambo) |
| | ) | |
| LAYTON ALEXANDER HALL | ) | (ELECTRONICALLY FILED) |

### MOTION TO DISMISS INDICTMENT

**AND NOW,** comes the government, through Christy H. Fawcett, Assistant U.S. Attorney, and files the within Motion to Dismiss Indictment:

1.  The defendant was charged with mail fraud and related offenses in an indictment filed in 2001.  He was never arrested.

2.  The defendant has since died.

**WHEREFORE,** the government requests the Court to enter an Order dismissing the indictment in the above-captioned case.

Respectfully submitted,

MARTIN C. CARLSON
Acting United States Attorney

s/Christy H. Fawcett
CHRISTY H. FAWCETT
Assistant U.S. Attorney
PA35067
Christy.Fawcett@usdoj.gov

228 Walnut Street, Suite 220
P.O. Box 11754
Harrisburg, PA 17108
Phone: (717) 221-4482
Fax: (717) 221-4493

**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.  1:CR-01-131 |
| | ) | |
| v. | ) | (Judge Rambo) |
| | ) | |
| LAYTON ALEXANDER HALL | ) | (ELECTRONICALLY FILED) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That this 22nd day of January 2008, she served a copy of the attached

**MOTION TO DISMISS INDICTMENT**

by electronic means to the email address set forth below.

*Pro se* Defendant
**Deceased**

s/Christina L. Garber
CHRISTINA L. GARBER
Legal Assistant