```
                    UNITED STATES DISTRICT COURT
               FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     )   CRIMINAL NO.  1:CR-01-131
                             )
             v.              )   (Judge Rambo)
                             )
LAYTON ALEXANDER HALL        )   (ELECTRONICALLY FILED)
```

## ORDER

**AND NOW,** this _____ day of January, 2008, upon consideration of the government's Motion and for the reasons stated therein, the Motion is hereby **GRANTED**. The indictment filed in the above captioned case is dismissed.

```
                                   _____
                                   SYLVIA H. RAMBO
                                   U.S. District Court Judge
```