UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 1:CR-01-131 |
| | ) | |
| v. | ) | (Judge Rambo) |
| | ) | |
| LAYTON ALEXANDER HALL | ) | (ELECTRONICALLY FILED) |

ORDER

**AND NOW**, this 24th day of January, 2008, upon consideration of the government's Motion and for the reasons stated therein, the Motion is hereby **GRANTED**. The indictment filed in the above captioned case is dismissed.

SYLVIA H. RAMBO
U.S. District Court Judge

FILED
HARRISBURG, PA

JAN 2 2008